*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Date: July 29, 2025 |
| vs. | Case No.: 25-mj-2067DPR |
| **VALENTIN TRUJILLO-TRUJILLO** | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Preliminary Hearing
Detention Hearing

**Time Commenced:** 9:15 a.m.          **Time Terminated:** 9:24 a.m.

APPEARANCES

| | |
|---|---|
| **Plaintiff:** | Patrick Carney, AUSA |
| **Defendant:** | Steven Berry, FPD |
| **USPPTS:** | Carrie Green |
| **Interpreter:** | Lisa Lewis |

**Proceedings:** Parties appear as indicated above. Defendant appears in person. Interpreter sworn.

**Preliminary Hearing:** Court takes notice of the court file which includes a signed affidavit in support of the complaint. No evidence presented with regard to probable cause. Court finds probable cause and orders the matter held for grand jury or other proceedings.

**Detention Hearing:** The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 10). Arguments made regarding Defendant's custody. The Court finds an adequate basis for detention and will issue a written order. Government advises that an Immigration detainer has been lodged against the Defendant.

**Custody:** Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel